United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: August 30, 2023
Docket #: 21-1778cr
Short Title: United States of America v. Avenatti

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 1:19-cr-373-1
DC Court: SDNY (NEW YORK CITY)DC Docket #: 1:19-cr-373-1
DC Court: SDNY (NEW YORK CITY)
DC Judge: Gardephe

## BILL OF COSTS INSTRUCTIONS

The requirements for filing a bill of costs are set forth in FRAP 39. A form for filing a bill of costs is on the Court's website.

The bill of costs must:
* be filed within 14 days after the entry of judgment;
* be verified;
* be served on all adversaries;
* not include charges for postage, delivery, service, overtime and the filers edits;
* identify the number of copies which comprise the printer's unit;
* include the printer's bills, which must state the minimum charge per printer's unit for a page, a cover, foot lines by the line, and an index and table of cases by the page;
* state only the number of necessary copies inserted in enclosed form;
* state actual costs at rates not higher than those generally charged for printing services in New York, New York; excessive charges are subject to reduction;
* be filed via CM/ECF or if counsel is exempted with the original and two copies.