# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: 21-1778 (L), 22-351 (CON)    Caption [use short title]

**Motion for**: extension of time

United States v. Michael Avenatti

Set forth below precise, complete statement of relief sought:

a 30-day extension, to October 13, 2023, of the time to file any petition for panel rehearing/rehearing en banc

**MOVING PARTY**: Michael Avenatti    **OPPOSING PARTY**: United States

☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY**: Daniel Habib    **OPPOSING ATTORNEY**: Matthew Podolsky

[name of attorney, with firm, address, phone number and e-mail]

Federal Defenders of New York, Inc.    United States Attorney's Office/S.D.N.Y.
52 Duane Street, 10th Floor, NY NY 10007    1 St. Andrew's Plaza, NY NY 10007
(646) 484-1724; daniel_habib@fd.org    (212) 637-1974; matthew.podolsky@usdoj.gov

**Court-Judge/Agency appealed from**: U.S. District Court/S.D.N.Y. (Gardephe, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☑ Yes ☐ No   If yes, enter date: 1/19/23

**Signature of Moving Attorney:**
/s/ Daniel Habib    Date: 8/31/23    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------X
UNITED STATES OF AMERICA,           :    D E C L A R A T I O N

                  Appellee,         :    Docket Nos. 21-1778 (L)
                                                     22-351 (CON)
        - v -                       :

MICHAEL AVENATTI,                   :

        Defendant-Appellant.        :
------------------------------------X
```

**DANIEL HABIB** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am an attorney with the Federal Defenders of New York, Inc., Appeals Bureau, appointed by this Court as counsel to appellant Michael Avenatti. I make this declaration in support of a motion for a 30-day extension, to October 13, 2023, of the time to file any petition for panel rehearing/rehearing en banc. The attorney for the government, AUSA Matthew Podolsky, has no objection and does not intend to file a response.

1. Following a jury trial in the United States District Court for the Southern District of New York, Avenatti was convicted of (i) transmitting interstate communications with intent to extort, 18 U.S.C. § 875(d); (ii) Hobbs Act extortion, 18 U.S.C. § 1951; and (iii) honest services wire fraud, 18 U.S.C. §§ 1343 and 1346. The district court (Gardephe, J.) sentenced Avenatti to an aggregate term of 30 months and ordered restitution of $259,800.50.

2. On appeal, Avenatti challenged the sufficiency of the

evidence for all counts, a jury instruction, and the restitution award. On August 30, 2023, this Court issued a 79-page published opinion affirming. C.A. Dkt. No. 115-1. Pursuant to Fed. R. App. P. 35(c) and Fed. R. App. P. 40(a)(1), any petition for panel rehearing/rehearing en banc is due September 13, 2023.

3. I respectfully request a 30-day extension of that deadline to October 13, 2023. The extension is necessary to afford sufficient time: (i) for Avenatti, who is incarcerated, to receive the opinion, a copy of which I mailed to him yesterday; (ii) for me and Avenatti to review the opinion, which is lengthy, and conduct additional legal research as necessary; (iii) for me to arrange and conduct a legal phone call with Avenatti to discuss the opinion and to advise him regarding his options for further review via petition for rehearing and/or certiorari, see United States v. Taylor, 822 F.3d 84, 88-89 (2d Cir. 2016); and (iv) for me to prepare any petition for panel rehearing/rehearing en banc.

**WHEREFORE**, I respectfully request that this Court issue an order granting a 30-day extension, to October 13, 2023, of the time to file any petition for panel rehearing/rehearing en banc.

Dated:  New York, New York
       August 31, 2023

                            /s/ Daniel Habib
                            Attorney for Defendant-Appellant
                            **MICHAEL AVENATTI**

**CERTIFICATE OF SERVICE**

    I certify that a copy of this motion has been served by CM/ECF electronic filing on the United States Attorney for the Southern District of New York (Attention: **MATTHEW PODOLSKY,** Assistant United States Attorney), 1 St. Andrew's Plaza, New York, NY 10007.

Dated:  New York, New York
        August 31, 2023

                                    <u>/s/ Daniel Habib</u>
                                    Attorney for Defendant-Appellant
                                    **MICHAEL AVENATTI**